UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

IN RE:

Kenneth David Sizemore

                              Debtor

Case No. 08-32326

Chapter 13

Judge Humphrey

**NOTICE OF DEBTOR'S DEFAULT UNDER PRIOR COURT ORDER BY U.S. BANK N.A. BY AND THROUGH U.S. BANK HOME MORTGAGE, ITS SERVICER (PROPERTY ADDRESS: 210 MAGNOLIA LANE,  FAIRBORN, OH 45324)**

Please take notice that the debtor has failed to make the post-petition payments due and owing to U.S. Bank N.A. by and through U.S. Bank Home Mortgage, its servicer, regarding property located at 210 Magnolia Lane, Fairborn, OH 45324, which consists of:

Post Petition Payments:

| Amount | Date Due |
|--------|----------|
| 622.36 | December 1, 2009 |
| 622.36 | January 1, 2010 |
| 622.36 | February 1, 2010 |

Post Petition Late Charges:

| Amount | Date Due |
|--------|----------|
| 21.05 | December 1, 2009 |
| 21.05 | January 1, 2010 |
| 21.05 | February 1, 2010 |

less debtor's suspense balance of $330.47.  This constitutes a default under the Agreed Order on Motion for Relief From Stay of U.S. Bank N.A. by and through U.S. Bank Home Mortgage, its servicer, filed herein on February 6, 2009.

Unless a written Objection is filed with the Clerk within ten (10) days from the date on the Certificate of Service hereof and a copy served on the undersigned counsel, this Notice will be effective to grant U.S. Bank N.A. by and through U.S. Bank Home Mortgage, its servicer final relief from the automatic stay and no further Order will be filed. If an Objection is timely filed and served, a hearing may be held on further notice as the Court shall direct.

Pursuant to said Agreed Order this Notice will be effective to grant Creditor final relief from the automatic stay and no further Order will be filed.

/s/ Michael R Proctor
Michael R Proctor, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0076240
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3224
(513) 354-6464 fax
sohbk@lsrlaw.com

## <u>CERTIFICATE OF SERVICE</u>

       The undersigned certifies that a copy of the foregoing Notice of Default Under Prior Court Order of the secured creditor, U.S. Bank N.A. by and through U.S. Bank Home Mortgage, its servicer, was electronically transmitted on or about February 26, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Lee Hohl, Esq.
1839 East Stroop Road
Kettering, OH 45429
leehohlattorney@aol.com

Jeffrey M. Kellner
131 North Ludlow Street
Suite 900
Dayton, OH 45402-1161
ecfclerk@dayton13.com

Office of the U.S. Trustee
170 North High Street, Ste. 200
Columbus, OH 43215
ustpregion09.cb.ecf@usdoj.gov

       The undersigned certifies that a copy of the foregoing Notice of Default Under Prior Court Order of the secured creditor, U.S. Bank N.A. by and through U.S. Bank Home Mortgage, its servicer, was transmitted on or about February 26, 2010 via regular U.S. mail, postage pre-paid:

Kenneth David Sizemore
1225 Apple Street
Fairborn, OH 45324

/s/ Michael R. Proctor, Case Attorney