UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-32326 |
|---|---|
| KENNETH DAVID SIZEMORE | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050587**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 16/ 33 | US BANK NA<br>4801 FREDERICA STREET<br>OWENSBORO, KY  42301 | 286.52 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/17/2010

Certificate of Service                08-32326

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KENNETH DAVID SIZEMORE
1225 APPLE STREET
FAIRBORN, OH  45324

THOMAS R BLASCHAK
1692 WOODMAN DRIVE
DAYTON, OH  45432

(24.1n)
GE MONEY BANK
ATTN RAMESH SINGH
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL  33131

(27.1n)
MICHAEL R PROCTOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(32.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(33.1)
US BANK NA
4801 FREDERICA STREET
OWENSBORO, KY  42301

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv